IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JIMMY R HOUSTON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| CITI MORTGAGE CORPORATION, § | Case No. 3:15-cv-3098 |
| MORTGAGE ELECTRONIC § | |
| REGISTRATION SERVICE, & § | |
| BARRETT DAFIN FRAPPIER § | |
| TURNER & ENGEL, LLP TRUSTEE, § | |
| § | |
| *Defendants*. § | |

## Defendant Barrett, Daffin, Frappier, Turner & Engel, LLP's
## Notice of No Response

Defendant Barrett, Daffin, Frappier, Turner & Engel, LLP ("BDFTE") files this Notice of No Response to its Motion to Dismiss. In support, BDFTE shows the following.

1. BDFTE filed its Motion to Dismiss Plaintiff Jimmy R. Houston ("Houston")'s claims against it under Federal Civil Procedure Rule 12(b)(6) on October 22, 2015.

2. In accordance with Local Rule 7.1(e), Houston's response to BDFTE's Motion to Dismiss was due November 12, 2015. Because Houston failed to file a timely response to BDFTE's Motion to Dismiss, the Court should consider the Motion unopposed.

Respectfully submitted,

MARIS & LANIER, P.C.

/s/ Robert F. Maris

Robert F. Maris
State Bar No. 12986300
rmaris@marislanier.com
Brent Sedge
State Bar No. 24082120
bsedge@marislanier.com

**Defendant BDFTE's Notice of No Response**                                                                 1

>3710 Rawlins Street, Suite 1550
>Dallas, Texas 75219
>214-706-0920 telephone
>214-706-0921 facsimile
>
>**ATTORNEYS FOR DEFENDANT BARRETT, DAFFIN, FRAPPIER, TURNER & ENGEL, LLP**

## Certificate of Service

In accordance with the Federal Rules of Civil Procedure, I certify that I served the foregoing document on March 15, 2016, on the following parties:

| **Via CMRR# 7008 3230 0000 9605 8504** | **Via CM/ECF** |
|---|---|
| Jimmy R. Houston | Michael J. McKleroy, Jr. |
| 2115 Brookhaven | C. Charles Townsend |
| Dallas, Texas 75224 | Andrew D. Thomas |
|  | AKERMAN, LLP |
|  | 2001 Ross Avenue, Suite 2550 |
|  | Dallas, Texas 75201 |
|  | Attorneys for Defendant |
|  | CitiMortgage, Inc. |

/s/ Brent Sedge
Brent Sedge